On petition for review filed November 23, 1999,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration October 25, 2001

STATE OF OREGON,
*Respondent on Review,*

*v.*

DAVID ALLEN BAKER,
*Petitioner on Review.*

(CC 980745983; CA A104522; SC S47012)

34 P3d 167

Garrett A. Richardson, Portland, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and De Muniz, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Clay*, 332 Or 327, 29 P3d 1101 (2001).

---

* Appeal from Multnomah County Circuit Court, Marshall L. Amiton, Judge. 164 Or App 271, 991 P2d 65 (1999).

** Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; Kulongoski, J., resigned June 14, 2001, and did not participate in the decision of this case. Balmer, J., did not participate in the consideration or decision of this case.